**Form B210B** (Official Form B210B) (12/09)

# United States Bankruptcy Court
Eastern District of Louisiana

Case No. <u>10–13107</u>

Chapter <u>13</u>

In re:  Debtor(s)

    Michael Woodrow Pringle and Maria Anzola Pringle

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>19</u>  was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on <u>12/4/12</u>.

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| HSBC Bank Nevada, N.A. | Capital One, N.A. |
| | |
| Address of Alleged Transferor: | Address of Transferee: |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: <u>2/11/13</u>

                                                                      **Brian Richoux, Acting Clerk of Court**
                                                                      Clerk, United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Louisiana

In re:  
Michael Woodrow Pringle  
Maria Anzola Pringle  
    Debtors

Case No. 10-13107-JAB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 053L-2　　　User: cl　　　Page 1 of 2　　　Date Rcvd: Feb 11, 2013  
　　　　　　　　　　　　　Form ID: ntrc　　Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2013.
```
db/db         +Michael Woodrow Pringle,   Maria Anzola Pringle,   1907 Kentucky Avenue,   Kenner, LA 70062-6228
3068689       +Capital One, NA,    c/o Bass & Associates, PC,    3936 E. Ft. Lowell Rd.,   Suite 200,
               Tucson, AZ 85712-1083
2801810       +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2013**　　　　　　　　**Signature:** _/s/ Joseph Speetjens_

```
District/off: 053L-2           User: cl                 Page 2 of 2                  Date Rcvd: Feb 11, 2013
                               Form ID: ntrc            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2012 at the address(es) listed below:

        Anthony J. Russo    on behalf of Creditor   Bank of America, N.A., successor by merger with BAC Home Loans Servicing, LP tonyrusso@sszblaw.com
        Claude C. Lightfoot     on behalf of Debtor Maria Pringle clightfoot@claudelightfoot.com, cclpcecf@gmail.com;joannbeck@claudelightfoot.com
        Hilary B. Bonial    on behalf of Creditor   Capital One, National Association notice@bkcylaw.com
        Office of the  U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
        S. J. Beaulieu     ecf@ch13no.com

                                                                                                 TOTAL: 5